UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENNILLE S., <br>            Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, <br>            Defendant. | Case No. 21-cv-09779-SI <br><br> **JUDGMENT** |

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this action to the Commissioner for immediate payment of benefits. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 6, 2023

---

SUSAN ILLSTON
United States District Judge